UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.I.C, | Case No.  1:26-cv-1741-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| MINGA WOFFORD, | |
| Respondent, | |

On March 5, 2026, the court granted petitioner's motion for a preliminary injunction. ECF No. 12.  The court also referred the matter to me for further proceedings.  *Id.*

Still pending is respondents' motion to dismiss, ECF No. 9.  Petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    March 18, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE